


March 9, 2018

SenLy Fox
1254 Gardenia Dr.
Houston, TX 77018

Dear SenLy Fox (also "You" "Your" or the "Employee")

We regret to inform you that Your employment with National Signs, LLC (the "Company" also the "Employer") is being terminated, effective immediately, March 9, 2018. 2. This termination complies with that certain Employment Agreement (the "Agreement") agreed to and signed by the you on April 16, 2013 and enclosed here for Your reference. Specifically, within that agreement we refer to page 5, sec 9(b) "Termination Without Cause" cited here:

> At any time after the commencement of the Term of Employment, the Employer may, without cause, terminate the Term of Employment, but not this Agreement, effective immediately. Should Employee be terminated by the Employer without good cause during the Term of Employment, but after the 90 day probationary period, and Employee served as an employee of Employer prior to the Effective Date, then Employee shall receive from the Employer, an amount equal to two (2) weeks' base salary, at the rate then in effect, in lieu of notice.

Upon termination, all benefits associated with this position will cease to be valid. Pursuant to page 6 Sec. 11(D) of the Agreement you are required to immediately return all company property in your possession including keys, access badge, phone, computer as well as all files and documents related to the business of National Signs.

Keep in mind that even though your employment has terminated you continue to be bound by the terms of the Agreement. We specifically urge you to review and take great care to comply with the Confidentiality, Non-Solicitation, and Non-Competition requirements of the Agreement.

Pursuant to the Agreement, you are entitled to your salary up until today plus two (2) additional weeks of base pay amounting to approximately $6,923.00. You are also entitled to the prior month's sales bonus which amounts to approximately $3,570.00. These amounts, in addition to your accrued but unused PTO/Vacation, will be paid to you on or before March 16, 2018.

Additionally, in consideration for your agreement to the below terms and conditions, the Company has approved an additional payment of approximately four (4) additional weeks of base pay in the amount of $9,231.00 to be paid by check no later than April 6, 2018. The Company also agrees to the extend the continuation of your health benefits until April 30, 2018.
For this unmerited additional value described above and your signature below indicating your willing agreement, you irrevocably and unconditionally release, acquit, and covenant not to sue and forever discharge the Company and each of Company owners, stockholders, successors, assigns, agents, directors, officers, employees,

representatives, attorneys, divisions, subsidiaries, affiliates, and all persons acting by, through, under or in concert with any of them from any and all charges, complaints, claims, liabilities, obligations, promises, agreements, controversies, damages, actions, causes of action, suits, rights, demands, costs, losses, debts and expenses (including attorneys fees and costs actually incurred), of any nature whatsoever, known or unknown pertaining directly or indirectly to Employee's relationship with Company or the termination thereof which Employee may have, owns or holds, or claims to have had, owned or held, or which Employee at any time heretofore had, owned or held, or claimed to have had, owned or held against Company, its owners, stockholders, predecessors, successors, assigns, agents, directors, officers, employees, representatives, attorneys, divisions, subsidiaries, affiliates, and all person acting by, through, under or in concert with any of them. Neither Employee nor anyone acting for or on his behalf will file charges or commence any legal proceeding in any court or before any administrative agency against Company predicated upon acts or events connected with claims described in this paragraph.

This Agreement resolves disputed claims or potentially disputed claims and is not intended to be nor shall it be deemed, construed or treated in any respect as an admission of liability or non-liability by any person or entity for any purposes; such liability or non-liability is expressly denied.

Employee also agrees not to seek employment or re-employment with Company, or any subsidiary or affiliate of Company.

We appreciate your professional conduct in cooperating with this separation and wish you success in your future endeavors.

Yours sincerely,

*[signature]*

Gregg Hollenberg
President and CEO

Agreed and Accepted on _____, 2018:

Signed: _____
Printed Name:

Enclosure: Senly Fox Employment Agreement