**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **SENLY FOX,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.** |
| | § | **4:20-CV-01979** |
| **NATIONAL SIGNS, LLC.** | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff Senly Fox and Defendant National Signs, LLC, file this Notice of Settlement and would respectfully show the Court as follows:

1.  On August 19, 2022, the parties reached a settlement in this case.

2.  The parties are in the process of preparing the settlement documents and within 30 days expect to dismiss this case with prejudice with each party to bear its own costs and attorney's fees.

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI

*/s/ Megan M. Mitchell_____*
**ROBERT A. BRAGALONE  – Lead Counsel**
State Bar No. 02855850
Federal ID No. 351276
bbragalone@grsm.com
2200 Ross Avenue, Suite 3700
Dallas, Texas 75201
(214) 231-4714 (Telephone)
(214) 461-4053 (Facsimile)

Megan M. Mitchell
State Bar No. 24073504
Federal ID No. 2174572
mmmitchell@grsm.com
1900 West Loop South, Suite 1000
Houston, TX 77027
(713) 961-3366 (Telephone)
(713) 961-3938 (Facsimile)

**ATTORNEYS FOR DEFENDANT**

-2-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 26, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel(s) of record, including:

H. Julian Frachtman
Law Office of Julian Frachtman
3100 Richmond, Ste. 203
Houston, Texas 77098
Tel: (832) 499-0611
Hfrachtmanlaw@gmail.com


*/s/ Megan M. Mitchell*
MEGAN M. MITCHELL