Case 4:20-cv-01979   Document 25   Filed on 09/14/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 14, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SENLY FOX | § | |
| | § | |
| VS | § | CIVIL ACTION NO. 4:20-1979 |
| | § | |
| NATIONAL SIGNS, LLC | § | |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this action has been reached (*see* Doc. No. 24). Therefore, this case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within thirty days if the settlement is not consummated. Parties should submit their agreed upon judgment in the next thirty days.

SIGNED at Houston, Texas, this 14th day of September 2022.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE